UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

CON

| | | |
|---|---|---|
| IN RE: | CASE NO: | 11-70026-M-13 |
| NORMA GARZA | SSN: | XXX-XX-9226 |
| Debtor | FILING DATE: | Wed, Jan 05, 2011 |

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

ANY AND ALL PARTIES DISPUTING THE CLAIM INFORMATION CONTAINED IN THIS NOTICE SHOULD CONTACT THE OFFICE OF THE CHAPTER 13 TRUSTEE IMMEDIATELY.

COMES NOW, Cindy Boudloche, Standing Chapter 13 Trustee and will show the Court that she has examined the proofs of claim in the above referenced case. After such examination, the Trustee proposed that all claims be allowed for the amounts listed below. Any zero (.00) amounts indicate a claim has not been filed. Creditors may still file claims, but objections may be filed to any late filed claims. If an objection is sustained, the claim will not be paid. If no party objects to a late filed claim within 21 days of notification of the late filed claim or an objection is not sustained, the claim will be paid.

| Claim No. | Classification | Code | Creditor Name | Claim Amount | Claim Filed |
|---|---|---|---|---|---|
| 0 | DEBTOR REFUND | | NORMA E GARZA | 0.00 | NO |
| 0 | ATTORNEY FEE | | THE STONE LAW FIRM PC (M) | 0.00 | NO |
| 1 | ATTORNEY FEES | | THE STONE LAW FIRM PC (M) | 2,074.00 | YES |
| 2 | POSTCONF ATTY FEES PF | | THE STONE LAW FIRM PC (M) | 0.00 | NO |
| 3 | POSTCONF ATTY FEES PF | | THE STONE LAW FIRM PC (M) | 0.00 | NO |
| 4 | ON-GOING MORTGAGE | | CITIMORTGAGE INC | 0.00 | NO |
| 5 | SECURED | | CONSOLIDATED FINANCE INC | 431.29 | YES |
| 6 | BARRED | Y | J & K LOANS | 0.00 | NO |
| 7 | BARRED | Y | NCO FINANCIAL SYSTEMS | 0.00 | NO |
| 8 | BARRED | Y | PORTFOLIO RECOVERY ASSOCIATE | 0.00 | NO |
| 9 | UNSECURED | | SECURITY FINANCE | 220.00 | YES |
| 10 | BARRED | Y | TALBOTT ADAMS & MOORE INC | 0.00 | NO |
| 11 | UNSECURED | | VERIZON | 112.95 | YES |
| 12 | UNSECURED | | WORLD ACCEPTANCE CORPORATIO | 1,455.73 | YES |
| 13 | NOTICE ONLY CREDITOR | Y | LINEBARGER GOGGAN BLAIR | 0.00 | NO |
| 14 | SECURED | O | STARR COUNTY APPRAISAL DIST | 0.00 | NO |
| 15 | SECURED | | STARR COUNTY TAX OFFICE | 439.54 | YES |
| 16 | SECURED | | RIO GRANDE CITY ISD | 620.07 | YES |
| 17 | SECURED | O | RIO GRANDE CITY ISD | 0.00 | NO |

CODES

O = PAID OUTSIDE
S = PROPERTY SURRENDERED TO LIENHOLDER
Y = NO DISTRIBUTION WILL OCCUR
NCF = NO CLAIM FILED, ADEQUATE PROTECTION PAID IN THE AMOUNT REFLECTED AS CLAIM

#260

CASE NO:   11-70026-M-13    NORMA GARZA

A notice was sent to each creditor listed above advising each creditor of the information contained in this notice. All creditors are advised to contact the Trustee if the creditor disagrees with the information contained in this notice. A copy of this notice was also sent to the Debtor, Debtor's Counsel and the United States Bankruptcy Court.

WHEREFORE, the Trustee prays that those claims which have been filed be allowed as shown in the above listed claims list for the purpose of distribution pursuant to the confirmed Chapter 13 Plan and all other orders of this Court, and that any objection to claim not filed within 21 days after service hereof is Barred.

DATED:  Mon, Nov 21, 2011                    /s/   CINDY BOUDLOCHE
                                             CINDY BOUDLOCHE
                                             CHAPTER 13 TRUSTEE
                                             555 N. Carancahua  Ste 600
                                             Corpus Christi, TX  78401-0823
                                             (361) 883-5786

CASE NO:   11-70026-M-13   NORMA GARZA

## CERTIFICATE OF SERVICE

    I Certify that on or about Mon, Nov 21, 2011, a copy of the foregoing Notice of the Trustee's Intent to Pay Claims was delivered to BNC to be served electronically or by United States Mail to the Debtor, Debtor's Counsel and all parties listed on the Court's mailing matrix.

                                                /s/   CINDY BOUDLOCHE
                                                CINDY BOUDLOCHE, TRUSTEE